

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EX PARTE: | § | No. 08-23-00227-CR |
| ANDRES ARANDA-DAMIAN | § | Appeal from the |
| Appellant. | § | the County Court |
|  | § | of Kinney County, Texas |
|  | § | (TC# 12266CR) |
|  | § |  |

## J U D G M E N T[1]

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF DECEMBER 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.

---

[1] We grant the State's motion for rehearing, withdraw our opinion and judgment of August 16, 2024, and substitute today's opinion on rehearing and this corresponding judgment in their place.